UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHAEL A. WILSON, :

    Plaintiff, :

                         Case No. 3:10-cv-452
                      :

vs.                          District Judge Timothy S. Black
                      :  Magistrate Judge Sharon L. Ovington

GREENE COUNTY COMMON
PLEAS COURT, *et al.*, :

    Defendants. :

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #4), to whom this case was originally referred pursuant to 28 U.S.C. §636(b). Neither party filed objections to the Report and Recommendations, and the time for doing so has expired. *See* Fed.R.Civ.P. 72(b). Accordingly, it is **ORDERED** that:

1. The Report and Recommendations filed on December 6, 2010 (Doc. #4) is **ADOPTED** in full;

2. Plaintiff's Complaint is **DISMISSED** with prejudice;

3. Pursuant to 28 U.S.C. §1915(a)(3), the Court certifies that, for the reasons stated in the Report and Recommendations, an appeal of this Decision and Entry would not be taken in good faith, and consequently leave for Plaintiff to appeal *in forma pauperis* is **DENIED**; and

4. The case is **TERMINATED** on the docket of this Court.

Date: 1/6/11

                                                                  Timothy S. Black
                                                                   United States District Judge